UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MEDIFAST, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | ) Lead Case No. 1:11-cv-00863-BEL<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER
## FOR DISMISSAL OF THE ACTION WITHOUT PREJUDICE

WHEREAS, the above-captioned action was initiated derivatively, on behalf of Medifast, Inc. (the "Company") against certain officers and directors of the Company by way of a Complaint filed in this Court on April 1, 2011;

NOW THEREFORE, the parties to the above-captioned action, through their respective counsel, stipulate and agree, subject to approval of the Court, as follows:

1. This action shall be dismissed without prejudice; and

2. Each party shall bear its own costs, expenses and attorney's fees.

IT IS SO STIPULATED.

Dated: April 12, 2013

Attorneys for Plaintiffs SHANE ROTHENBERGER and JAMES A. THOMPSON derivatively on behalf of nominal Defendant CARTER'S, INC.

By: _____
THOMAS J. MINTON - #03370
**GOLDMAN & MINTON, P.C.**
20 South Charles Street, Suite 1201
Baltimore, MD 21201
Telephone: (410) 783-7575
Facsimile: (410) 783-1711

**THE WEISER LAW FIRM, P.C.**
ROBERT B. WEISER
JEFFREY J. CIARLANTO
22 Cassatt Avenue
First Floor
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062

**THE SHUMAN LAW FIRM**
KIP B. SHUMAN
RUSTY GLENN
885 Arapahoe Avenue
Boulder, CO 80302
Telephone: 303-861-3003
Facsimile: 303-484-4886

**GOLDFARB BRANHAM LLP**
Hamilton Lindley
Saint Ann Court
2501 N. Harwood St., Suite 1801
Dallas, TX 75201
Telephone: (214) 583-2233
Facsimile: (214) 583-2234

Counsel for Nominal Defendant MEDIFAST, INC., and Individual Defendants BRADLEY T. MACDONALD, MARGARET MACDONALD–SHEETZ, DONALD F. REILLY, MICHAEL S. MCDEVITT, MICHAEL C. MACDONALD, GEORGE LAVIN, JR., CHARLES P. CONNOLLY, BARRY B. BONDROFF, JEANNETTE M. MILLS, JASON L. GROVES, SR., CATHY T. MAGUIRE, JOHN P. MCDANIEL, JERRY D. REECE, H.C. BARNUM, JR., and BRENDAN N. CONNORS

By: _____
CHRISTOPHER S. GUNDERSON
**SAUL EWING LLP**
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 332-8847
Facsimile: (410) 332-8109

IT IS SO ORDERED.

DATE: _____     _____
THE HONORABLE GEORGE LEVI RUSSELL, III
U.S. DISTRICT COURT JUDGE